**FILED**

August 14, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | **Case No: EP:24-CR-01745-DCG** |
| **Plaintiff,** | § § | **S E A L E D** |
| | § | **I N D I C T M E N T** |
| **v.** | § § | |
| | § | **CT 1:** 21:841(a)(1)-Possession of a |
| | § | Controlled Substance with Intent to |
| **ANDREW SOLORIO also known as** | § | Distribute. |
| **(a.k.a.) "Tokes",** | § | |
| | § | |
| **Defendant.** | § | |

THE GRAND JURY CHARGES:

### COUNT ONE

That on or about January 17, 2024, in the Western District of Texas, Defendant,

**ANDREW SOLORIO a.k.a.: "Tokes",**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 5 grams or more of actual methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H).

A TRUE BILL.

███████████████████████████████

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
    Assistant U.S. Attorney